# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kenneth O'Brian Powell,

    Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                        3:04-cv-412-2-V

USA

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2005 Order.

**Signed: December 14, 2005**

Frank G. Johns, Clerk
United States District Court